Monroe L. COLEMAN–BEY, Plaintiff–Appellant,

v.

Dan DOVE, et al., Defendants– Appellees.

No. 05–5669.

United States Court of Appeals, Sixth Circuit.

Aug. 1, 2006.

BEFORE: DAUGHTERY and COOK, Circuit Judges; COLLIER, District Judge.*

### OPINION

PER CURIAM.

Monroe Coleman–Bey, acting *pro se*, appeals the district court's dismissal of his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. After reviewing the record, Mr. Coleman–Bey's

brief, and the applicable law, we conclude no jurisprudential purpose would be served by a panel opinion. Accordingly, we **AFFIRM** the judgment of the district court upon the reasoning set out by that court in its order and opinion entered on March 24, 2005.